# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY JARREAU

NO. 2019 KW 1181

**OCTOBER 7, 2019**

---

In Re:     Anthony Jarreau, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 08-18-0162.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                          JMM
                          MRT
                          WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT